UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMUNDO LUJANO-ARREGUIN,<br><br>    Plaintiff,<br><br>    v.<br><br>ERIC H HOLDER, JR.,<br><br>    Defendant. | Case No. 14-cv-04249-PSG<br><br>**JUDGMENT** |

On April 21, 2015, the court granted Defendants' motion to dismiss.[1]  In so doing, the court granted Plaintiff Raymundo Lujano-Arreguin 21 days to amend his complaint.[2]  Because the time for amendment has long since passed and Lujano-Arreguin has not filed any amended pleading, the court enters judgment in favor of Defendants.[3]  The Clerk shall close the file.

**SO ORDERED.**

Dated: December 11, 2015

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket No. 17.

[2] *See id.* at 4.

[3] *See* Fed. R. Civ. P. 58(b)(1)(C) ("[U]nless the court orders otherwise, the clerk must, without awaiting the court's direction, promptly prepare, sign and enter the judgment when . . . the court denies all relief."); Fed. R. Civ. P. 58(d) ("A party may request that judgment be set out in a separate document as required by Rule 58(a)."); *cf. Adams v. Wells Fargo Bank, N.A.*, Case No. 13-cv-5164, 2015 WL 1434599, at *6 (N.D. Cal. Mar. 30, 2015); *Jones v. Masteranglo*, Case No. 06-cv-0490, 2007 WL 2212083, at *6 (N.D. Cal. July 30, 2007).

1

Case No. 14-cv-04249-PSG
JUDGMENT